**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KHOLOD VADIM,
a/k/a VERZADZE ROMAN,

    Petitioner,

-vs-                                          Case No.  8:04-CV-0061-T-30MAP

DEPARTMENT OF HOMELAND SECURITY,
BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT,

    Respondent.
_____/

## ORDER

    Petitioner, a Bureau of Immigration and Customs Enforcement detainee at the time, initiated these proceedings by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The Government has filed a motion to dismiss the petition because Petitioner departed from the United States en route to the Republic of Georgia on May 4, 2004 (Dkt. 6 at 1).  Because the only relief Petitioner sought in his petition was to be free from indefinite detention pending his repatriation (Dkt. 1 at 9-10), his petition is now moot.

    UPON consideration, the Government's motion to dismiss is **GRANTED** (Dkt. 6). The Clerk shall enter judgment for Respondent, terminate all pending motions, and close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 23, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
All Parties/Counsel of Record

SA:jsh